DANIEL G. O'DONNELL (SBN 155092)
Law Offices of
DOYLE & O'DONNELL
901 "F" Street, Suite 120
Sacramento, CA 95814
Telephone: (916) 706-2616
Facsimile: (916) 922-0418

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS ANTHONY VAN DUYN,<br><br>Plaintiff,<br><br>vs.<br><br>SPX FLOW, INC., MILLS-WINFIELD ENGINEERING SALES, INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00862-MCE-CKD<br><br>**AMENDED STIPULATION TO FILE FIRST AMENDED COMPLAINT; ORDER** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff NICHOLAS ANTHONY VAN DUYN may file a First Amended Complaint, a copy of which is attached hereto as Exhibit A. The effect of this amendment is to substitute as a defendant in this action MILTON S. FRANK CO., INC. in place of Defendant DOE 1, the fictitious name under which Defendant MILTON S. FRANK CO., INC. was sued. The amendment further adds specific factual allegations unknown to Plaintiff at the time of the filing of the original complaint regarding Defendant MILTON S. FRANK CO., INC.'s conduct which support causes of action against this Defendant.

///

///

///

///

///

///

IT IS FURTHER STIPULATED that Defendant SPX FLOW, INC., waives notice and service of the amended complaint and shall not be required to answer the amendment, and that all denials, responses and affirmative defenses contained in the answer filed by Defendant SPX FLOW, INC. to the original complaint shall be responsive to the amended complaint.

Dated:  September 20, 2021           LAW OFFICES OF DOYLE & O'DONNELL

_____/s/ - Daniel G. O' Donnell_____
DANIEL G. O'DONNELL, ESQ.
Attorney for Plaintiff
NICHOLAS ANTHONY VAN DUYN

Dated:  September 20, 2021           SHOOK, HARDY & BACON LLP

 /s/ - Edward Gaus (as authorized on 9/17/21)
EDWARD B. GAUS, ESQ.
Attorney for Defendant
SPX FLOW, INC.

**ORDER**

IT IS SO ORDERED.

Dated:  September 21, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE