UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS ANTHONY VAN DUYN, | No. 2:21-cv-00862-MCE-CKD |
| Plaintiff, | |
| v. | **ORDER** |
| SPX FLOW, INC., et al., | |
| Defendants. | |

Having reviewed the record in this case in this entirety, the Court concludes it lacks jurisdiction over the action because the parties are not diverse as required by 28 U.S.C. § 1332. Accordingly, the Clerk of the Court is directed to REMAND this action to the Yolo County Superior Court. Plaintiff's Motion to Remand (ECF No. 6) is DENIED as moot.

IT IS SO ORDERED.

Dated: December 13, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE